LENA PECK, as Administratrix, etc., of MORRIS PECK, Deceased, Respondent, v. BENJAMIN J. WEIL and LOUIS V. WEIL, Individually and as Executors and Testamentary Trustees, etc., of JONAS WEIL, Deceased, Appellants, Impleaded

---

*Affd., on reargument, 235 App. Div. 82.

with Others.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Finch, P. J., dissents.